**DISMISS; and Opinion Filed August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00873-CV

### DOLORES CONCHA, Appellant

### V.

### D VINEYARDS, LP, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05605-B**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Stating the parties have resolved all matters in dispute between them, appellant moves to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140873F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOLORES CONCHA, Appellant

No. 05-14-00873-CV        V.

D VINEYARDS, LP, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-05605-B.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee D Vineyards, LP recover its costs, if any, of this appeal from appellant Dolores Concha.

Judgment entered this 26th day of August, 2014.